UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

DUBLIN 6 AT 115 BROADWAY, INC.
    d/b/a TRINITY PLACE,
COBRA CATERERS, INC.
    d/b/a HUDSON HOUND,
HHJC1 LLC
    d/b/a HUDSON HOUND,
KATHLEEN CONNOLLY,
DONAL CROSBIE, and JASON O'BRIEN,
        Defendants.

Case No.: 1:24-cv-00095

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff VICTOR LOPEZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated July 15, 2024, and annexed hereto as **Exhibit A**.

Dated: July 17, 2024

                              Respectfully submitted,

By: _____
        C.K. Lee, Esq. (CL 4086)
        LEE LITIGATION GROUP, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel.: (212) 465-1188
        Fax: (212) 465-1181
        *Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

GORDON REES SCULLY MANSUKHANI, LLP
Francis J. Giambalvo, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
fgiambalvo@grsm.com
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.