**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VICTOR LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

DUBLIN 6 AT 115 BROADWAY, INC.
    d/b/a TRINITY PLACE,
COBRA CATERERS, INC.
    d/b/a HUDSON HOUND,
HHJC1 LLC
    d/b/a HUDSON HOUND,
KATHLEEN CONNOLLY,
DONAL CROSBIE, and JASON O'BRIEN,
          Defendants.

Case No.: 1:24-cv-00095

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DUBLIN 6 AT 115 BROADWAY, INC. d/b/a TRINITY PLACE, COBRA CATERERS, INC. d/b/a HUDSON HOUND, HHJC1 LLC d/b/a HUDSON HOUND, KATHLEEN CONNOLLY, DONAL CROSBIE, and JASON O'BRIEN (collectively "Defendants"), having offered to allow Plaintiff VICOTR LOPEZ ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), to resolve Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 15, 2024 and filed as Exhibit A to Docket Number 36;

      **WHEREAS**, on July 17, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 36);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff VICTOR LOPEZ, in the sum of $25,000.00, in accordance with the terms and conditions

of Defendants' Rule 68 Offer of Judgment dated July 15, 2024 and filed as Exhibit A to Docket Number 36. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024     _____
         New York, New York                          U.S.D.J.